**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Brandon CONNORS, Defendant–**
**Appellant.**

**No. 06–10678**
**Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

July 25, 2006.

Robin J. Farnsworth, Ft. Lauderdale, FL, Kathleen M. Williams, Miami, FL, for Defendant–Appellant.

Anne R. Schultz, Miami, FL, for Plaintiff–Appellee.

Before BLACK, BARKETT and PRYOR, Circuit Judges.

*no* evidence in the record of improper inducement or misrepresentation of the plea agree-

**PER CURIAM:**

Kathleen Williams, appointed counsel for Brandon Connors in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Connors's convictions and sentences are **AFFIRMED**.